UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff.

CASE NO. 07-60153-CR-COHN

vs.

KEVIN CHUNG,
    Defendant.
_____/

**ORDER**

THIS CAUSE having come on before me on the above Substitution of Counsel and the Court being fully advised of in the premises, it is hereby,

ORDERED AND ADJUDGED that Junior Farquharson, Esq., is hereby discharged as Counsel of Record and Sidney Z. Fleischman, Esq., shall be substituted as Counsel of Record for the Defendant herein.

DONE AND ORDERED in Fort Lauderdale, Florida on this 9th day of July, 2007.

Lurana S. Snow
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: Sidney Z. Fleischman, Esq.
    Junior Farquharson, Esq.
    U.S. Attorney's Office